# UNITED STATES BANKRUPTCY COURT

District of Utah (Salt Lake City)

In re  Derik Turner and Julie Turner    Case No. 11-26573
Debtor    Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Bank of America, N.A.

**Court claim no.** (if known):

**Last four digits** of any number you use to identify the debtor's account: 0694

**Date of payment change:** 10/01/2015
Must be at least 21 days after date of this notice

**New total payment:** $116.50
Principal, Interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☑ No
☐ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.
Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment: _____    New escrow payment: _____

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☑ No
☐ Yes.  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.
If a notice is not attached, explain why:

Current interest rate: _____    New interest rate: _____
Current principal and interest payment: _____    New principal and interest payment: _____

### Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☐ No
☑ Yes.  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change: CHANGE IN PRINCIPAL - DETAILS REFLECTED IN MONTHLY

Current mortgage payment: $116.56    New mortgage payment: $116.50

**Part 4: Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box:

☒ I am the creditor.        ☐ I am the creditor's authorized agent.
(Attach a copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗    /s/ Tiffany Darden                                    Date  09/09/2015
Assistant Vice President

Print:  Tiffany Darden                                      Title  Assistant Vice President

Company   Bank of America, N.A.                             Specific Contact Information:
Address   2380 Performance Dr.                              Phone: 214-209-5158
          Richardson , TX 75082                             Email: tiffany.darden@bankofamerica.com

723773-3bbfbff5-9217-4a51-b7bf-1a43b67cd171

# UNITED STATES BANKRUPTCY COURT

District of Utah (Salt Lake City)

Chapter 13 No. 11-26573
Judge: Joel T. Marker

In re:

Derik Turner and Julie Turner

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on September 09, 2015, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage prepaid, or via filing with the US Bankruptcy Court's CM ECF system.

By U.S. Postal Service First Class Mail Postage Prepaid:

| | |
|---|---|
| Debtor: | Derik Turner<br>Julie Turner<br>916 W 3150 S.<br>Syracuse, UT 84075 |
| Debtor's Attorney: | L. Todd Sessions<br>The Law Office of Todd Sessions, LLC<br>579 Heritage Park Blvd. 232<br>Layton, UT 84041 |
| Trustee: | Kevin R. Anderson tr<br>405 South Main Street<br>Suite 600<br>Salt Lake City, UT 84111 |

/s/ Frances Bell

4 S Technologies, LLC
(as authorized agent for Bank of America, N.A.)

200 Sheffield St., Suite 101
Mountainside, NJ 07092
(908) 588-9650
franbell@4stechnologies.com