# UNITED STATES BANKRUPTCY COURT

### District of Utah (Salt Lake City)

In re  Derik Turner and Julie Turner

Debtor

Case No.  11-26573

Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Bank of America, N.A.

**Court claim no.** (if known): _____

**Last four digits** of any number you use to identify the debtor's account:  0694

| | |
|---|---|
| **Date of payment change:** Must be at least 21 days after date of this notice | 11/01/2015 |
| **New total payment:** Principal, Interest, and escrow, if any | $116.45 |

---

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☑ No

☐ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.

Describe the basis for the change. If a statement is not attached, explain why:

_____

Current escrow payment: _____  New escrow payment: _____

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☑ No

☐ Yes.  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.

If a notice is not attached, explain why:

Current interest rate: _____  New interest rate: _____

Current principal and interest payment: _____  New principal and interest payment: _____

### Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☐ No

☑ Yes.  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change:  CHANGE IN PRINCIPAL - DETAILS REFLECTED IN MONTHLY

Current mortgage payment:  $116.50  New mortgage payment:  $116.45

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box:

☑ I am the creditor.    ☐ I am the creditor's authorized agent.
(Attach a copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗ _/s/ taka hudson_____    Date  _10/05/2015_____
AVP; BANKRUPTCY SPECIALIST

Print:  _taka hudson_____    Title  _AVP; BANKRUPTCY SPECIALIST_____

Company  _Bank of America, N.A._____    Specific Contact Information:

Address  BUILDING C, 2380 PERFORMANCE DR    Phone: 214-209-3796
RICHARDSON , TX 75082    Email: taka.hudson@bankofamerica.com

733283-ec1befae-10eb-40d4-a7dc-d68db6e7811c

# UNITED STATES BANKRUPTCY COURT

District of Utah (Salt Lake City)

Chapter 13 No. 11-26573

In re:                                          Judge: Joel T. Marker

Derik Turner and Julie Turner

                                Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on October 05, 2015, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage prepaid, or via filing with the US Bankruptcy Court's CM ECF system.

By U.S. Postal Service First Class Mail Postage Prepaid:

Debtor:                 Derik Turner
                        Julie Turner
                        916 W 3150 S.
                        Syracuse, UT 84075


Debtor's Attorney:      L. Todd Sessions
                        The Law Office of Todd Sessions, LLC
                        579 Heritage Park Blvd. 232
                        Layton, UT 84041


Trustee:                Lon Jenkins tr
                        405 South Main Street
                        Suite 600
                        Salt Lake City, UT 84111


/s/ Frances Bell
_____

4 S Technologies, LLC
(as authorized agent for Bank of America, N.A.)

200 Sheffield St., Suite 101
Mountainside, NJ 07092
(908) 588-9650
franbell@4stechnologies.com

733283-fb3b59e1-4370-4ba9-8a8a-b32523ac0526-